United States District Court
Southern District of Texas
**ENTERED**
September 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUBILEE HEALTHCARE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2196 |
| | § | |
| BLUE CROSS BLUE SHIELD OF ILLINOIS, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated at the September 16, 2016, initial pretrial and scheduling conference, this action is **DISMISSED with prejudice**.

Costs are taxed against plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 16th day of September, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE